B Neal Ainsworth
Ainsworth Law
2521 E MTN Village Dr B223
Wasilla AK 99654
Phone 907.521.8420| Fax 907.308.6386
Email alaskalawyer55@gmail.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRISTER EVERTSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LILLIAN ERIKSSON SIBLEY f/k/a LILLIAN KARIN ERIKSSON-HEBDON, LILLAN K HEBDON, LILLIAN KARIN ERIKSSON, AND LILLIAN K HEBDON LIVING TRUST,<br><br>　　　　Defendant | Case No.: 3:20-cv-00238-JMK |

## APPEARANCE OF COUNSEL

To: The Clerk of the Court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Defendant, Lillian Eriksson Sibley f/k/a Lillian Karin Eriksson-Hebdon, Lillan K. Hebdon, Lillian Karin Eriksson, and Lillian K. Hebdon Living Trust.

Dated this ___ day of May, 2022.

B. Neal Ainsworth
AK BAR #1609073
2521 E MTN Village Dr B223
Wasilla AK 99654
Phone 907.521.8420| Fax 907.308.6386
Email alaskalawyer55@gmail.com

APPEARANCE OF COUNSEL
3:20-CV-00238-JMK
EVERTSON V. ERIKSSON SIBLEY

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that a true and correct copy of the foregoing document was served this ___ day of May, 2022 to the following: ꝏ mail to Bruce Moore of Landy Bennett Blumstein, LLP email and Krister Evertson at 1640 Centurian Pl #B, Wasilla, AK 99654.00

_/s/ B. Neal Ainsworth_
B. Neal Ainsworth

APPEARANCE OF COUNSEL
3:20-CV-00238-JMK
EVERTSON V. ERIKSSON SIBLEY