# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

RECEIVED

APR 0 1 2026

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

KRISTER EVERTSON )
)
Plaintiff )
)
vs. )
)
_____ )
LILLIAN ERIKSSON SIBLEY f/k/a LILLIAN .)
KARIN ERIKSSON-HEBDON, LILLAN K. )
HEBDON, LILLIAN KARIN ERIKSSON, AND )
LILLIAN K. HEBDON LIVING TRUST )
Defendants )
)
and First National Bank Alaska - intervenor- )
Defendant )

Case No. 3:20-cv-00238-ACP

## NOTICE: STATUS REPORT

In accordance with this Court's ORDER Dated August 1st, 2024, I am filing this Status Report. The procedural status of the Alaska State Court is as follows: The Alaska Supreme Court, Case No. S-19184, has issued it's Opening Notice on 9/23/24. Appellee First National Bank Alaska has made a motion for an extention of time to file appellee's brief to April 17, 2025. The Alaska Supreme Court scheduld oral arguments in the above Case No. S-19184 for October 30, 2025. The Alaska Supreme Court held oral arguments on this case on October 30, 2025. The Alaska Supreme Cpurts written opinion on this case is pending.

In accordance with this Court's August 1, 2024 Order, I will file an updated Status Report every six months.

Krister Evertson   Pro Per   March 31 , 2026.

Page 1 of 1.

Evertson
1640 N. Centurian Cl. #B
Wasissa, Alaska 99654

CERTIFIED MAIL



9589 0710 5270 3574 0839 19

Retail


UNITED STATES
POSTAL SERVICE®


99513

RDC 99

United States District Court
222 W. 7th Ave #4
Anchorage, Alaska 99513-7564
Attention: Clerk of Court